UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTOINETTE ANDERSON                          CIVIL ACTION

VERSUS                                       NO: 09-4160

LAW FIRM OF SHORTY, DOOLEY &                 SECTION: R(3)
HALL, ET AL.

**ORDER**

Before the Court is plaintiff Antoinette Anderson's objections to the Magistrate Judge's report and recommendation dated December 28, 2009. (*See* R. Docs. 83.) The Court, having reviewed *de novo* Anderson's motion for sanctions (R. Doc. 70), the record, the applicable law, and the Magistrate Judge's report and recommendation (R. Doc. 76), hereby APPROVES the report and recommendation and adopts it as its opinion.

New Orleans, Louisiana, this 17th day of February, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE